UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

    Debtor.

BKY 15-42460

-----------------------------

Paul Hansmeier,

    Plaintiff,

v.

Randall L. Seaver, Trustee,

    Defendant/Third-Party Plaintiff,

v.

United States of America,

    Third-Party Defendant.

ADV 19-04194

**ORDER**

At Minneapolis, Minnesota, January 7, 2020.

    This proceeding is before the court on the defendant/third-party plaintiff's motion for dismissal of complaint for failure to state a claim and lack of jurisdiction; the defendant/third party plaintiff's motion for summary judgment on the third party complaint; the plaintiff's motion for summary judgment; the plaintiff's motion to dismiss the United States of America's Fed. R. Civ. P. 14(a)(2)(D) claims; and the third-party defendant's motion to dismiss third party complaint for failure to state a claim.  For reasons stated orally and recorded in open court,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/07/2020*
Lori Vosejpka, Clerk, by LH

IT IS ORDERED:

1. The defendant/third party plaintiff's motion for dismissal of complaint is granted. This adversary proceeding is dismissed with prejudice.

2. The defendant/third party plaintiff's motion for summary judgment on the third party complaint; the plaintiff's motion for summary judgment; the plaintiff's motion to dismiss the United States of America's Fed. R. Civ. P. 14(a)(2)(D) claims; and the third-party defendant's motion to dismiss third party complaint for failure to state a claim are denied as moot.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
UNITED STATES BANKRUPTCY JUDGE