# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY 15-42460    Chapter 7

Paul Hansmeier,

    Debtor.

---

Paul Hansmeier,    ADV 19-04194

    Plaintiff,

v.

Randall L. Seaver, Chapter 7 Trustee,

    Defendant/Third Party Plaintiff,

v.

United States of America,

    Third Party Defendant.

## ORDER

This proceeding is before the court on the motion of the plaintiff seeking an order imposing sanctions against counsel for Randall Seaver, the Defendant and Third-Party Plaintiff. For reasons stated orally and recorded in open court,

**IT IS ORDERED:** The motion for sanctions is **DENIED**.

Dated: March 3, 2020

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/03/2020*
Lori Vosejpka, Clerk, by LH